# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable **GREGORY J. FOURATT**

CRIMINAL CLERK'S MINUTES at Las Cruces

| | | | | | |
|---|---|---|---|---|---|
| Case Number: | **CR-13-3747 WJ** | Date: | **11/15/2023** | Recording Information: | **LCR-SIERRA BLANCA** |
| Clerk: | **C. ALVAREZ** | Type of Hearing: | | **INITIAL APPEARANCE-REVOCATION** | |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **BRIAN FLORENTINO ACUNA (TRUE NAME)** | **DARREN ROBINSON, AFPD STANDING IN** | ☐ | ☐ |
| | | ☐ | ☐ |
| | | | |

| | | | |
|---|---|---|---|
| Assistant U.S. Attorney: | **PATIENCE MOHAN** | Interpreter: | **N/A** |
| Pretrial Officer: | **BRENDA RICHARDSON** | Court in Session: | **9:19-9:24 A.M. (5 mins)** |

| | |
|---|---|
| ☐ | Agent sworn in open Court |
| ☒ | Court questions Defendants regarding his/her physical and mental condition, DOB |
| ☒ | Court advises Defendant(s) of possible penalties and all constitutional rights |
| ☒ | ORAL Motion for Detention Hearing by Government |
| ☒ | Court grants ☒ Government's ☐ Defense counsel's oral motion to continue detention hearing |
| ☐ | Waiver of show cause hearing; Matter referred to the District Judge for a Disposition Hearing |
| ☐ | Defendant admitted violation; Matter referred to the District Judge For a Disposition Hearing |
| ☒ | Show Cause/Detention hearings to be set 11/17/2023 @ 9:30 a.m., before Judge Briones (Rio Grande Courtroom) |
| ☒ | Defendant in custody |
| ☒ | Other: DEFENDANT TO BE TRANSFERRED TO ALBUQUERQUE FOR ALL FURTHER PROCEEDINGS. |