AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

**FILED**

UNITED STATES DISTRICT COURT
~~ALBUQUERQUE, NEW MEXICO~~

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

NOV 2 0 2023

**MITCHELL R. ELFERS**
**CLERK**

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| BRIAN ACUNA | )   Case No. 13-cr-3747-WJ |
| Defendant | ) |
| | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 11|20|23

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

RICHELLE ANDERSON   150594
*Printed name and bar number of defendant's attorney*

5501 EAGLE ROCK AVE NE, ABQ NM 87103
*Address of defendant's attorney*

RICHELLE @ RJVLAWFIRM.COM
*E-mail address of defendant's attorney*

505-639-5709
*Telephone number of defendant's attorney*

_____
*FAX number of defendant's attorney*