

CAUSE NO. 20190D06035 COUNT NO. I OF II

INCIDENT NO. /TRN: 9054930446

| THE STATE OF TEXAS | § | IN THE CRIMINAL DISTRICT COURT 1 |
|---|---|---|
| | § | |
| V. | § | |
| | § | |
| BRIAN ACUNA | § | EL PASO COUNTY, TEXAS |
| | § | |
| STATE ID NO.TX-18320792 | § | |

# JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| | | | |
|---|---|---|---|
| Judge Presiding: | **Diane Navarrete** | Date Sentence Imposed: | **08/17/2020** |
| Attorney for State: | **ISAAC ABRAHAM GUTIERREZ** | Attorney for Defendant: | **FRANCISCO F MACIAS** |

Offense for which Defendant Convicted:
**MAN DEL CS PG 2 OR 2-A >=4G<400G;**

| | |
|---|---|
| Charging Instrument: **INDICTMENT** | Statute for Offense: **481.113(d) HSC** |
| Date of Offense: **10/16/2019** | Plea to Offense: **GUILTY** |
| Degree of Offense: **1ST DEGREE FELONY** | Findings on Deadly Weapon: **N/A** |

Terms of Plea Bargain (if any): or ☐ Terms of Plea Bargain are attached and incorporated herein by this reference.
**STATE'S RECOMMENDATION**

| | | | |
|---|---|---|---|
| 1st Enhancement Paragraph: | N/A | Finding on 1st Enhancement Paragraph: | N/A |
| 2nd Enhancement Paragraph: | N/A | Finding on 2nd Enhancement Paragraph: | N/A |

**[ ] SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR N/A.**
(The document setting forth the conditions of community supervision is incorporated herein by this reference.)

| | |
|---|---|
| Punishment and Place of Confinement: | **FIVE (5) YEARS CONFINEMENT TO: TEXAS DEPARTMENT OF CRIMINAL JUSTICE** |

| | | | |
|---|---|---|---|
| **DATE SENTENCE COMMENCES:** (Date does not apply to confinement served as a condition of community supervision.) | **08/17/2020** | **THIS SENTENCE SHALL RUN:** | **WITH N/A** |

| | | |
|---|---|---|
| Fines: $ 0.00 | Restitution: $ 0.00 | Restitution Payable to: N/A (See special finding or order of restitution which is incorporated herein by this reference.) |
| Court Costs: $ 0.00 | Reimbursement Fees: $ 0.00 | |

[ ]**Defendant is required to register as sex offender** in accordance with Chapter 62, Tex. Code Crim. Proc.

**(For sex offender registration purposes only)** The age of the victim at the time of the offense was N/A.

Total Jail Time Credit: **307 DAYS**

If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below.
N/A DAYS NOTES: N/A

Was the victim impact statement returned to the attorney representing the State? N/A

*(FOR STATE JAIL FELONY OFFENSES ONLY)* Is Defendant presumptively entitled to diligent participation credit in accordance with Article 42A.559, Tex. Code Crim. Proc.? NO

This cause was called and the parties appeared. The State appeared by her District Attorney as named above.

**Counsel / Waiver of Counsel (select one)**

[ X ] Defendant appeared with counsel.



[ ] Defendant appeared without counsel and knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

☐ Defendant was tried in absentia.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of the plea. The Court received the plea and entered it of record. After hearing the evidence submitted, if any, the Court ADJUDGES Defendant GUILTY of the offense indicated above. The Court FINDS that the Presentence Investigation, if so ordered, was done according to the applicable provisions of Subchapter F, Chapter 42A, Tex. Code Crim. Proc.

Having been convicted of the offense designated above, the Court ORDERS Defendant punished in accordance with the Court's findings as to the proper punishment as indicated above and after having conducted an inquiry into Defendant's ability to pay, as directed by Article 42.15, Code Crim. Proc., the Court ORDERS Defendant to pay the fine, court costs, reimbursement fees, and restitution as indicated above and further detailed below.

**Punishment Options (select one)**

**[X] Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the County Sheriff to take and deliver Defendant to the Director of the Correctional Institutions Division, TDCJ, for placement in confinement in accordance with this judgment. The Court ORDERS Defendant remanded to the custody of the County Sheriff until the Sheriff can obey the directions in this paragraph. Upon release from confinement, the Court ORDERS Defendant to proceed without unnecessary delay to the District Clerk's office, or any other office designated by the Court or the Court's designee, to pay or to make arrangements to pay any fines, court costs, reimbursement fees, and restitution due.

**[ ] County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant committed to the custody of the County Sheriff immediately or on the date the sentence commences. Defendant shall be confined in the county jail for the period indicated above. Upon release from confinement, the Court ORDERS Defendant to proceed without unnecessary delay to the District Clerk's office, or any other office designated by the Court or the Court's designee, to pay or to make arrangements to pay any fines, court costs, reimbursement fees, and restitution due.

**[ ] County Jail—State Jail Felony Conviction.** Pursuant to §12.44(a), Tex. Penal Code, the Court FINDS that the ends of justice are best served by imposing confinement permissible as punishment for a Class A misdemeanor instead of a state jail felony. Accordingly, Defendant will serve punishment in the county jail as indicated above. The Court ORDERS Defendant committed to the custody of the County Sheriff immediately or on the date the sentence commences. Upon release from confinement, the Court ORDERS Defendant to proceed without unnecessary delay to the District Clerk's office, or any other office designated by the Court or the Court's designee, to pay or to make arrangements to pay any fines, court costs, reimbursement fees, and restitution due.

**[ ] Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the District Clerk's office, or any other office designated by the Court or the Court's designee, to pay or to make arrangements to pay the fine, court costs, reimbursement fees, and restitution ordered by the Court in this cause.

**[ ] Confinement as a Condition of Community Supervision.** The Court ORDERS Defendant confined days in **El Paso County Detention Facility** as a condition of community supervision. The period of confinement as a condition of community supervision starts when Defendant arrives at the designated facility, absent a special order to the contrary.

**Fines Imposed Include (check each fine and enter each amount as pronounced by the court):**

- ☐ General Fine (§12.32, 12.33, 12.34, or 12.35, Penal Code, Transp. Code, or other Code) $ (not to exceed $10,000)
- ☐ Add'l Monthly Fine for Sex Offenders (Art. 42A.653, Code Crim. Proc.) $ ($5.00/per month of community supervision)
- ☐ Child Abuse Prevention Fine (Art. 102.0186, Code Crim. Proc.) $ ($100)
- ☐ EMS, Trauma Fine (Art. 102.0185, Code Crim. Proc.) $ ($100)
- ☐ Family Violence Fine (Art. 42A.504 (b), Code Crim. Proc.) $ ($100)
- ☐ Juvenile Delinquency Prevention Fine (Art. 102.0171(a), Code Crim. Proc.) $ ($50)
- ☐ State Traffic Fine (§ 542.4031, Transp. Code) $ ($50)
- ☐ Children's Advocacy Center Fine - as Cond of CS (Art. 42A.455, Code Crim. Proc.) $ (not to exceed $50)
- ☐ Repayment of Reward Fine (Art. 37.073/42.152, Code Crim. Proc.) $ (To Be Determined by the Court)
- ☐ Repayment of Reward Fine - as Cond of CS (Art. 42A.301 (b) (20), Code Crim. Proc.) $ (not to exceed $50)
- ☐ DWI Traffic Fine (a/k/a Misc. Traffic Fines) (§ 709.001, Transp. Code) $ (not to exceed $6,000)

**Execution of Sentence**

[X] The Court ORDERS Defendant's sentence EXECUTED. The Court FINDS that Defendant is entitled to the jail time credit indicated above. The attorney for the state, attorney for the defendant, the County Sheriff, and any other person having or who had custody of Defendant shall assist the clerk, or person responsible for completing this judgment, in calculating Defendant's credit for time served. All supporting documentation, if any, concerning Defendant's credit for time served is incorporated herein by this reference.



**Furthermore, the following special findings or orders apply:**

---

**Date Judgment Entered:** August / 18 / **2020**

*X*
**Diane Navarrete**
JUDGE PRESIDING

DISTRICT COURTS EL PASO COUNTY, TEXAS

A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk
BY V. Valenzuela Deputy
08/20/2020

Clerk: Vanity Valenzuela
8/18/2020

(Print) Name: Acuna, Brian 08-08-91 Signature:



CAUSE NO. 20190D06035 COUNT NO. II OF II

INCIDENT NO. /TRN: 9054930446

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE CRIMINAL DISTRICT COURT 1 |
| | § | |
| V. | § | |
| | § | |
| BRIAN FLORENTINO ACUNA | § | EL PASO COUNTY, TEXAS |
| | § | |
| STATE ID NO.TX-18320792 | § | |

# JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| | | | |
|---|---|---|---|
| Judge Presiding: | **Diane Navarrete** | Date Sentence Imposed: | 08/17/2020 |
| Attorney for State: | ISAAC ABRAHAM GUTIERREZ | Attorney for Defendant: | FRANCISCO F MACIAS |

Offense for which Defendant Convicted:
**MAN/DEL CS PG 1 >= 4G < 200G;**

| | |
|---|---|
| Charging Instrument: **INDICTMENT** | Statute for Offense: **481.112(d) HSC** |
| Date of Offense: **10/16/2019** | Plea to Offense: **GUILTY** |
| Degree of Offense: **1ST DEGREE FELONY** | Findings on Deadly Weapon: **N/A** |

Terms of Plea Bargain (if any): or ☐ Terms of Plea Bargain are attached and incorporated herein by this reference.
STATE'S RECOMMENDATION

| | | | |
|---|---|---|---|
| 1st Enhancement Paragraph: | N/A | Finding on 1st Enhancement Paragraph: | N/A |
| 2nd Enhancement Paragraph: | N/A | Finding on 2nd Enhancement Paragraph: | N/A |

[ ] SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR N/A.
(The document setting forth the conditions of community supervision is incorporated herein by this reference.)

Punishment and Place of Confinement: FIVE (5) YEARS CONFINEMENT TO: TEXAS DEPARTMENT OF CRIMINAL JUSTICE

| | | | |
|---|---|---|---|
| DATE SENTENCE COMMENCES: (Date does not apply to confinement served as a condition of community supervision.) | 08/17/2020 | THIS SENTENCE SHALL RUN: | WITH N/A |

| | | |
|---|---|---|
| Fines: $ 0.00 | Restitution: $ 0.00 | Restitution Payable to: N/A (See special finding or order of restitution which is incorporated herein by this reference.) |
| Court Costs: $ 0.00 | Reimbursement Fees: $ 0.00 | |

[ ]**Defendant is required to register as sex offender** in accordance with Chapter 62, Tex. Code Crim. Proc.

**(For sex offender registration purposes only)** The age of the victim at the time of the offense was N/A.

Total Jail Time Credit: 307 DAYS

If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below.
N/A DAYS NOTES: N/A

Was the victim impact statement returned to the attorney representing the State? N/A

*(FOR STATE JAIL FELONY OFFENSES ONLY)* Is Defendant presumptively entitled to diligent participation credit in accordance with Article 42A.559, Tex. Code Crim. Proc.? NO

This cause was called and the parties appeared. The State appeared by her District Attorney as named above.

**Counsel / Waiver of Counsel (select one)**

[X] Defendant appeared with counsel.



[ ] Defendant appeared without counsel and knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

☐ Defendant was tried in absentia.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of the plea. The Court received the plea and entered it of record. After hearing the evidence submitted, if any, the Court ADJUDGES Defendant GUILTY of the offense indicated above. The Court FINDS that the Presentence Investigation, if so ordered, was done according to the applicable provisions of Subchapter F, Chapter 42A, Tex. Code Crim. Proc.

Having been convicted of the offense designated above, the Court ORDERS Defendant punished in accordance with the Court's findings as to the proper punishment as indicated above and after having conducted an inquiry into Defendant's ability to pay, as directed by Article 42.15, Code Crim. Proc., the Court ORDERS Defendant to pay the fine, court costs, reimbursement fees, and restitution as indicated above and further detailed below.

**Punishment Options (select one)**

**[X] Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the County Sheriff to take and deliver Defendant to the Director of the Correctional Institutions Division, TDCJ, for placement in confinement in accordance with this judgment. The Court ORDERS Defendant remanded to the custody of the County Sheriff until the Sheriff can obey the directions in this paragraph. Upon release from confinement, the Court ORDERS Defendant to proceed without unnecessary delay to the District Clerk's office, or any other office designated by the Court or the Court's designee, to pay or to make arrangements to pay any fines, court costs, reimbursement fees, and restitution due.

**[ ] County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant committed to the custody of the County Sheriff immediately or on the date the sentence commences. Defendant shall be confined in the county jail for the period indicated above. Upon release from confinement, the Court ORDERS Defendant to proceed without unnecessary delay to the District Clerk's office, or any other office designated by the Court or the Court's designee, to pay or to make arrangements to pay any fines, court costs, reimbursement fees, and restitution due.

**[ ] County Jail—State Jail Felony Conviction.** Pursuant to §12.44(a), Tex. Penal Code, the Court FINDS that the ends of justice are best served by imposing confinement permissible as punishment for a Class A misdemeanor instead of a state jail felony. Accordingly, Defendant will serve punishment in the county jail as indicated above. The Court ORDERS Defendant committed to the custody of the County Sheriff immediately or on the date the sentence commences. Upon release from confinement, the Court ORDERS Defendant to proceed without unnecessary delay to the District Clerk's office, or any other office designated by the Court or the Court's designee, to pay or to make arrangements to pay any fines, court costs, reimbursement fees, and restitution due.

**[ ] Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the District Clerk's office, or any other office designated by the Court or the Court's designee, to pay or to make arrangements to pay the fine, court costs, reimbursement fees, and restitution ordered by the Court in this cause.

**[ ] Confinement as a Condition of Community Supervision.** The Court ORDERS Defendant confined days in **El Paso County Detention Facility** as a condition of community supervision. The period of confinement as a condition of community supervision starts when Defendant arrives at the designated facility, absent a special order to the contrary.

**Fines Imposed Include (check each fine and enter each amount as pronounced by the court):**

☐ General Fine (§12.32, 12.33, 12.34, or 12.35, Penal Code, Transp. Code, or other Code) $ (not to exceed $10,000)
☐ Add'l Monthly Fine for Sex Offenders (Art. 42A.653, Code Crim. Proc.) $ ($5.00/per month of community supervision)
☐ Child Abuse Prevention Fine (Art. 102.0186, Code Crim. Proc.) $ ($100)
☐ EMS, Trauma Fine (Art. 102.0185, Code Crim. Proc.) $ ($100)
☐ Family Violence Fine (Art. 42A.504 (b), Code Crim. Proc.) $ ($100)
☐ Juvenile Delinquency Prevention Fine (Art. 102.0171(a), Code Crim. Proc.) $ ($50)
☐ State Traffic Fine (§ 542.4031, Transp. Code) $ ($50)
☐ Children's Advocacy Center Fine - as Cond of CS (Art. 42A.455, Code Crim. Proc.) $ (not to exceed $50)
☐ Repayment of Reward Fine (Art. 37.073/42.152, Code Crim. Proc.) $ (To Be Determined by the Court)
☐ Repayment of Reward Fine - as Cond of CS (Art. 42A.301 (b) (20), Code Crim. Proc.) $ (not to exceed $50)
☐ DWI Traffic Fine (a/k/a Misc. Traffic Fines) (§ 709.001, Transp. Code) $ (not to exceed $6,000)

**Execution of Sentence**

[X] The Court ORDERS Defendant's sentence EXECUTED. The Court FINDS that Defendant is entitled to the jail time credit indicated above. The attorney for the state, attorney for the defendant, the County Sheriff, and any other person having or who had custody of Defendant shall assist the clerk, or person responsible for completing this judgment, in calculating Defendant's credit for time served. All supporting documentation, if any, concerning Defendant's credit for time served is incorporated herein by this reference.

DISTRICT COURTS EL PASO COUNTY, TEXAS

**Furthermore, the following special findings or orders apply:**

---

**Date Judgment Entered:** August / 18 / 2020

X

**Diane Navarrete**
JUDGE PRESIDING

DISTRICT COURTS EL PASO COUNTY, TEXAS

A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk
BY V. Valenzuela Deputy
08/20/2020

Clerk: Vanity Valenzuela
8/18/2020

(Print) Name: Acuna, Brian 08-08-91 Signature: