November 29, 2023

The Honorable William P. Johnson
Chief United States District Judge
United States District Court
Pete V. Domenici United States Courthouse
333 Lomas Blvd NW, Suite 770
Albuquerque, New Mexico 87102

Dear Chief Judge Johnson,

My name is Esther Urias. I am the mother of Brian Acuna. I am writing this letter of support for my son. Brian is a humble man with a very good heart. He is strong, smart, and very loveable. He has reached the point in his life where he knows he needs to make a change.

I feel as if I'm part of or contributed to Brian's recklessness because I was a substance abuser also. Today, I am sober today going on 1 year and 4 months. After being homeless, I now have my own apartment, and I am growing more each day.

I know Brian can do anything he sets his mind to. I believe with the support of his mother we can do it together. I love my son, and I'm here to help him in any way I can.

Thank you for taking the time to read this letter.

                                              Sincerely,

                                              Esther Urias