

**DELANCEY STREET/NEW MEXICO INC.**

EXHIBIT 3

*Swan Lake Ranch*      *P.O. Box 1240*      *Ohkay Owingeh New Mexico 87566*      (505)852-4291

MIMI H. SILBERT, Ph.D. PRESIDENT / CEO

Tuesday, December 05, 2023

**Mr. Brian Acuna**
**Cibola County Correctional Center**
**P.O. Box 3540**
**Milan, NM 87021**

RE: Brian Acuna    DOB: 8/8/1991

To Whom It May Concern:

This letter is to confirm we have interviewed Brian Acuna for acceptance into the Delancey Street Foundation. Delancey Street is a residential educational organization for former alcoholics, drug addicts and convicts. We are located in Espanola NM Ohkay Owingeh, New Mexico and require a two-year commitment.

After speaking with Brian, we have decided we could help him turn his life around and become a productive and responsible citizen. We realize this is a risk and offer no guarantees. However, he did express a sincere desire to make some changes and we are willing to help. Delancey Street tentatively accepts Brian, pending any unknowns found during the final interview at our facility the day of entry.

In addition, Brian must have all legal matters cleared before entering the Delancey Street Foundation.

If you have any questions, please feel free to give me a call (no collect calls, please). We look forward to a difficult but exciting process of change with Brian Acuna.

Sincerely,

*[signature]*

**Jeff Castillo**
*Intake Coordinator*
(505) 852-4291