## VIOLATION OF SUPERVISION PROCEEDINGS MINUTE SHEET
### (CONTINUED)

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | Time In/Out: | 10:34am – 11:22am | Court Time: | **48 minutes** |  |  |
|  |  | Date: | **12/13/2023** |  |  |  |
|  | Cr. No. | **13-3747 WJ** | USA v. | **Brian Acuna** |  |  |
|  | The Honorable |  | **William P. Johnson** |  |  |  |
| Clerk/Law Clerk: | **Richard Garcia/Taylor Rafaly** |  | Court Reporter: |  | **M. Loughran** |  |
| Defendant: | **Present** |  | Defendant's Counsel: |  | **Richelle Anderson** |  |
| AUSA: | **Rachel Eagle** |  | Probation Officer: |  | **Karina Villalobos** |  |
| VSR Held: | **Albuquerque, NM** |  | Interpreter: |  | **N/A** |  |

### ADMISSION OR DENIAL OF PETITION'S ALLEGATIONS

| | |
|---|---|
| X | Court questions Defendant regarding voluntary nature of admission. |
| X | Court finds Defendant competent to proceed. |
| X | Court advises Defendant of his/her rights. |
| X | Court advises / confirms Defendant is aware of charges and possible penalty: |
| X | Defendant admits violation(s):   failed to notify the probation officer of any change in address; failed to obtain permission of probation officer to travel outside the District of NM; failed to notify probation officer of contact/arrest by law enforcement; committed another federal, state, or local crime; Court takes Judicial Notice of Texas convictions re unlawfully possession of a controlled substance and failure to refrain from the use of a controlled substance.<br>Proceed to sentencing.<br>Violation Report WAIVED / NOT WAIVED<br>Other: |

### SENTENCE IMPOSED

| Supervision imposed: |  | Imprisonment: |  | Supervised Release: |  |
|---|---|---|---|---|---|

### SPECIAL CONDITIONS

|  |  |
|---|---|

### OTHER

|  | **ADVISED OF** Appeal Rights |
|---|---|
| X | **HELD IN CUSTODY** |
|  | Recommended place of incarceration: |

| NOTES: | Ms. Anderson addresses the Court; advises her client will admit to violations contained in (Doc. 245) Amended Petition, with the exception of last alleged violation re possession of firearm; Court will not make any findings re the alleged firearm violation; Court takes Judicial Notice of Doc. 260-1 Judgments attached to defendant's Sentencing Memo in reference to convictions in Texas.<br>PO addresses the Court re Defendant performance while on supervision; recommends low end of the guidelines of 27 months.<br>Ms. Eagle concurs with PO's recommendation.<br>Ms. Anderson addresses the Court on behalf her client; requests a time served sentence or holding the Petition in abeyance while her client attends Delancy Street inpatient treatment program.<br>The Court addresses underlying conviction in this case, performance thereafter while on supervision, and Texas convictions; Court notes it struggles with Ms. Anderson request asks why it should not impose low end custody sentence, a term of supervised release including inpatient treatment program, such as Delancy Street program; Ms. Anderson responds; Ms. Eagle responds; Ms. Anderson replies. |
|---|---|

| | |
|---|---|
| | Defendant addresses the Court.<br>The Court discusses its RIO Program.<br>The Court would like to discuss this matter with the Delancy Street intake coordinator, Mr. Castillo; Court will set a hearing in January of some kind in Albuquerque or Santa Fe, perhaps by Zoom or in person with Mr. Castillo and Defendant; Court will defer its decision on the matter until sometime in January. |