## VIOLATION OF SUPERVISION PROCEEDINGS MINUTE SHEET

| | | | | | |
|---|---|---|---|---|---|
| | Time In/Out: | **10:08am – 10:32am** | Court Time: | **24 minutes** | |
| | | Date: | **1/8/2024** | | |
| | Cr. No. | 13-3747 WJ | USA v. | Brian Acuna | |
| | The Honorable | **William P. Johnson** | | | |

| | | | |
|---|---|---|---|
| Clerk/Law Clerk: | **Richard Garcia/None** | Court Reporter: | **M. Loughran** |
| Defendant: | **Present** | Defendant's Counsel: | **Richelle Anderson** |
| AUSA: | **Rachel Eagle** | Probation Officer: | **Nathan Montano** |
| VSR Held: | **Albuquerque, NM** | Interpreter: | **N/A** |

### ADMISSION OR DENIAL OF PETITION'S ALLEGATIONS

| | |
|---|---|
| X | Court questions Defendant regarding voluntary nature of admission.<br>Court finds Defendant competent to proceed<br>Court advises Defendant of his/her rights<br>Court advises / confirms Defendant is aware of charges and possible penalty:<br>**Defendant admitted violation(s) at prior hearing on 12/13/2023:   failed to notify the probation officer of any change in address; failed to obtain permission of probation officer to travel outside the District of NM; failed to notify probation officer of contact/arrest by law enforcement; committed another federal, state, or local crime - Court takes Judicial Notice of Texas convictions re unlawfully possession of a controlled substance and failure to refrain from the use of a controlled substance.** |
| X | **Proceed to sentencing.**<br>Violation Report WAIVED / NOT WAIVED<br>Other: |

### SENTENCE IMPOSED

| Supervision imposed: | | Imprisonment: | 18 months | Supervised Release: | 48 months; if the Defendant is compliant and doing well at the 36-month stage, he may request early release from his term of supervision. |
|---|---|---|---|---|---|
| | | | | | |

### SPECIAL CONDITIONS

| | |
|---|---|
| X | **Must participate in an outpatient substance abuse treatment program.**<br>**Must submit to substance abuse testing of not more than 60 tests a year.**<br>**Must not use or possess alcohol.   Testing shall not exceed 4 tests per day.**<br>**No psychoactive substances.**<br>**No drug paraphernalia.**<br>**Must participate in mental health treatment program.**<br>**Must waive right of confidentiality.**<br>**Must participate in educational/vocational program.**<br>**Must Submit to search.**<br>**Must not communicate with co-defendants or co-conspirators.**<br>**Must reside in a residential reentry center for a term of (up to) 6 months.** |

### OTHER

| | |
|---|---|
| X | **ADVISED OF** Appeal Rights |
| X | **HELD IN CUSTODY** |

| X | Recommended place of incarceration:   FCI Big Spring, TX |
|---|---|
| NOTES: | Ms. Anderson notes that, since the last hearing, her client has withdrawn his application to attend the Delancy Street program and move to sentencing.<br>Ms. Eagle addresses the Court; concurs with Probation's recommendation for a low end of the sentencing guideline range and would encourage him to attend Delancy Street program upon release.<br>PO recommends 27 months custody to be followed by 36 months of supervised release.<br>Ms. Anderson addresses the Court on behalf of her client; request a custody term of 9 months; would request the Court not sentence her client to a term around 10 or 11 months because he will not get good time credit while incarcerated.<br>Defendant addresses the Court.<br>The Court notes the Defendant admitted to violations at prior hearing on 12/13/2023 and process to sentencing; notes Grade A violations with a criminal history category of II, resulting in a sentencing range of 27 to 33 months; Court varies downward to a term of 18 months. |