CLOSED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:25-mj-04900-DUTY All Defendants

| | |
|---|---|
| Case title: USA v. Acuna | Date Filed: 08/07/2025 |
| Other court case number: 13-CR-3747 District of New Mexico | Date Terminated: 08/07/2025 |

Assigned to: Duty Magistrate Judge

**Defendant (1)**

**Brian Acuna**  represented by  **Claire Marie Kennedy**
REG 76018-051                      Federal Public Defenders Office
*TERMINATED: 08/07/2025*           321 East 2nd Street
                                   Los Angeles, CA 90012
                                   213-894-2854
                                   Fax: 213-894-0081
                                   Email: claire_kennedy@fd.org
                                   *LEAD ATTORNEY*
                                   *ATTORNEY TO BE NOTICED*
                                   *Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **US Attorney's Office** <br> AUSA - Office of US Attorney <br> Criminal Division - US Courthouse <br> 312 North Spring Street 12th Floor <br> Los Angeles, CA 90012-4700 <br> 213-894-2434 <br> Email: USACAC.Criminal@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Assistant US Attorney* |

[ Email All Attorneys ]

[ Email All Attorneys and Additional Recipients ]

| Date Filed | # | Docket Text |
|---|---|---|
| 08/07/2025 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Brian Acuna, originating in the District of New Mexico. Defendant charged in violation of: 18:3583. Signed by agent Faria S, USMS, DUSM. USA. (mhe) (Entered: 08/12/2025) |
| 08/07/2025 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Brian Acuna; defendants Year of Birth: 1991; date of arrest: 8/6/2025 USMS# REG 76018-051 (mhe) (Entered: 08/12/2025) |
| 08/07/2025 | 3 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Alicia G. Rosenberg as to Defendant Brian Acuna. Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations;see General Order 21-02 (written order). Defendant arraigned and states true name is as charged. Attorney: Claire Marie Kennedy for Brian Acuna, Deputy Federal Public Defender, present. Court orders defendant Permanently detained. Court orders defendant held to answer to District of New Mexico. Warrant of Removal and final commitment to issue. Brian Acuna is ordered to appear in the District of New Mexico on or before September 8, 2025. Court Smart: 8/7/25. (mhe) (Entered: 08/12/2025) |
| 08/07/2025 | 4 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Brian Acuna (mhe) (Entered: 08/12/2025) |
| 08/07/2025 | 5 | ORDER OF DETENTION by Magistrate Judge Alicia G. Rosenberg as to Defendant Brian Acuna, (mhe) (Entered: 08/12/2025) |
| 08/07/2025 | 6 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Brian Acuna. (mhe) (Entered: 08/12/2025) |
| 08/07/2025 | 7 | WAIVER OF RIGHTS approved by Magistrate Judge Alicia G. Rosenberg as to Defendant Brian Acuna. (mhe) (Entered: 08/12/2025) |
| 08/07/2025 | 8 | Defendant Brian Acuna arrested on warrant issued by the USDC District of New Mexico at Santa Fe. (Attachments: # 1 Charging Documents)(mhe) (Entered: 08/12/2025) |
| 08/07/2025 | 9 | FINANCIAL AFFIDAVIT filed as to Defendant Brian Acuna. (Not for Public View pursuant to the E-Government Act of 2002) (mhe) (Entered: 08/14/2025) |

| | | |
|---|---|---|
| 08/07/2025 | 10 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Alicia G. Rosenberg that Defendant Brian Acuna be removed to the District of New Mexico (mhe) (Entered: 08/14/2025) |
| 08/07/2025 | | Notice to District of New Mexico of a Rule 5 or Rule 32 Initial Appearance as to Defendant Brian Acuna. Your case number is: 13-CR-3747. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 10 Warrant of Removal and Commitment to Another District. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (mhe) (Entered: 08/14/2025) |