AO 442 (Rev. 08/14) Arrest Warrant

```
                           FILED
              UNITED STATES DISTRICT COURT
              ALBUQUERQUE, NEW MEXICO

                     AUG 1 9 2025

                  MITCHELL R. ELFERS
                        CLERK
```

# UNITED STATES DISTRICT COURT
## for the
### District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>Brian Acuna<br>Defendant | )<br>)<br>)  Case No. 1084 5:13CR03747-002WJ<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay Brian Acuna

Also Known As: B,
Also Known As: Florence, Florentino
Also Known As: Acuna, Brian Florentin

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows: The defendant has failed to participate in his treatment, has failed to contact his supervising officer as required and has absconded from supervision.

Date: __March 3, 2025__

_____
Issuing Officer's signature

City and state: __Santa Fe, New Mexico__

__MITCHELL R. ELFERS, CLERK OF COURT__
Printed name and title

---

### Return

This warrant was received on ( date ) __3/3/2025__, and the person was arrested on ( date ) __8/6/2025__
at ( city and state ) __Los Angeles, CA__.

Date: __8/14/2025__

_____
Arresting officer's signature

__ROBERT PENA USM__
Printed name and title