# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Kirtan Khalsa, United States Magistrate Judge

## Initial Appearance (Revocation)

| | | | |
|---|---|---|---|
| Case Number: | 13-CR-3747 WJ | UNITED STATES vs. ACUNA | |
| Hearing Date: | Friday, August 22, 2025 | Time In and Out: | 9:41 am – 9:44 am & 9:52 am – 9:58 am |
| Courtroom Deputy: | K. Dapson | Courtroom: | Pecos |
| Defendant: | Brian Acuna | Defendant's Counsel: | Jacqueline Hossel |
| AUSA: | Sarah Mease | Pretrial/Probation: | K. Villalobos |
| Interpreter: | | Witness: | |

### Initial Appearance

- ☒ Defendant received a copy of charging document
- ☒ Court advises defendant(s) of possible penalties and all constitutional rights
- ☒ Defendant would like Court appointed counsel
- ☒ Government moves to detain       ☐ Government does not recommend detention
- ☒ Set for Preliminary Revocation/Detention Hearing    on Tuesday, August 26, 2025    @ 9:30 am

### Preliminary/Show Cause/Identity

- ☐ Defendant
- ☐ Court finds       ☐ Court does not find probable cause

### Detention

- ☐ Defendant waives right to contest detention
- ☐

### Custody Status

- ☒ Defendant detained pending hearing
- ☐ Conditions

### Other

- ☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☒ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☐ Matter referred to       for Final Revocation Hearing
- ☐