(Rev. 10/2021) Waiver of Right to Contest Detention

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 26 2025

MITCHELL R. ELFERS
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF RIGHT TO CONTEST DETENTION** |
| vs. | (Rule 5 or 32.1, Fed. R. Crim. P., 18 U.S.C. § 3142) |
| BRIAN ACUNA | CASE NUMBER:  5:13-cr-03747-WJ |

I, ___Brian Acuna___, charged in: a petition with violating terms of supervised release for failure to participate in an outpatient program, failure to notify of change of residence, and committing a state crime, and having appeared before this Court and been advised of my rights as required by Fed. R. Crim. P. 5 or 32.1 and 18 U.S.C. § 3142, including my right to contest my detention, do hereby waive (give up) my right to contest detention. However, I understand that under 18 U.S.C. § 3142(f), I may ask the Court to reopen my detention hearing at any time before trial if information exists that is not known to me today and that has a material bearing on whether there are conditions of release that will reasonably assure my appearance as required and the safety of any other person and the community.

_____
Defendant

___8/26/2025___
Date

_____
Counsel for Defendant