AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 26 2025

MITCHELL R. ELFERS
CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Brian Acuna | ) Case No. 5:13-cr-03747-WJ |
| | ) |
| *Defendant* | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 08/26/2025

*Defendant's signature*

*Signature of defendant's attorney*

Jacqueline Roswell, 153805
*Printed name and bar number of defendant's attorney*

5501 Eagle Rock Ave NE, Suite C2
Albuquerque New Mexico 87113
*Address of defendant's attorney*

jacqueline@rjvlawfirm.com
*E-mail address of defendant's attorney*

505-639-5709
*Telephone number of defendant's attorney*

505-433-5812
*FAX number of defendant's attorney*