# UNITED STATES DISTRICT COURT DISTRICT OF NEW MEXICO
# VIOLATION OF SUPERVISION PROCEEDINGS MINUTE SHEET

|  |  | Time In/Out: | **11:19am – 11:50am** | Court Time: | **31 minutes** |  |
|---|---|---|---|---|---|---|
|  |  |  | Date: | **10/8/2025** |  |  |
|  | Cr. No. | 13-3747 WJ | USA v. | Brian Acuna |  |  |
|  | The Honorable Senior Judge |  | **William P. Johnson** |  |  |  |
| Clerk/Law Clerk: | **Richard Garcia** |  | Court Reporter: |  | **Robin Brazil** |  |
| Defendant: | **Present** |  | Defendant's Counsel: |  | **Jacqueline Hoswell** |  |
| AUSA: | **Rachel Eagle** |  | Probation Officer: |  | **Karina Villalobos** |  |
| VSR Held: | **Albuquerque, NM** |  | Interpreter: |  | **N/A** |  |

## ADMISSION OR DENIAL OF PETITION'S ALLEGATIONS

| X | Court questions Defendant regarding voluntary nature of admission. |
|---|---|
| X | Court finds Defendant competent to proceed. |
| X | Court advises Defendant of his/her rights. |
| X | Court advises / confirms Defendant is aware of charges and possible penalty: |
| X | Defendant admits violation(s): failed to participate in an outpatient substance abuse treatment program; failed to live at a place approved by the probation officer; failed to follow the instructions of the probation officer; committed another local, state, or federal crime (providing false ID to a peace officer; a Grade C violation). |
| X | Proceed to sentencing.<br>Violation Report WAIVED / NOT WAIVED<br>Other: |

## SENTENCE IMPOSED

| Supervision imposed: |  | Imprisonment: | 24 months | Supervised Release: | Another term of supervised release will not be reimposed. |
|---|---|---|---|---|---|

## SPECIAL CONDITIONS

|  |  |
|---|---|

## OTHER

| X | **ADVISED OF** Appeal Rights |
|---|---|
| X | **HELD IN CUSTODY** |
| X | Recommended place of incarceration: FCI Safford, AZ. |

| NOTES: | Ms. Hoswell advises the Court that her client will admit to the violations, including the commission of a local, state, or federal crime in that he provided false ID to a peace officer; he will not admit to the other charges contained in the general violation that he not committee another local, state, or federal crime.<br>PO addresses the Court re crimes committed in California; Ms. Eagle has no documentation to reflect what he plead to in California; PO notes she obtained verbal confirmation of plea but was not able to obtain documentation.<br>The Court suggest continuing the matter.<br>The Court asks PO what the guideline range would be if Defendant admits to a Grade C violation (providing false ID to a peace officer); PO advises 4 to 10 months.<br>Ms. Eagle is willing to move forward today if the Court wishes or continue the matter so it can obtain evidenced of the felony conviction.<br>Ms. Hoswell advises her client is willing to proceed today.<br>PO addresses the Court; recommends a term of 24 months custody with no supervision to follow.<br>Ms. Eagle addresses the Court; supports PO's recommendation. |
|---|---|

|  | Ms. Hoswell addresses the Court on behalf of her client; requests a term somewhere between the mid-range to the high end of the 4 to 10-month guideline range with no supervision to follow.<br>Defendant addresses the Court.<br>The Court addresses the Defendant; explains why his case/supervision remains in NM and why it has not been moved to California; based on the sentencing factors the Court is allowed to consider, the Court finds an upward variance is warranted and imposes a term of 24 months. |